DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    (415) 436-7020
    colin.sampson@usdoj.gov

Attorneys for the United States of America

FILED

SEP 24 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

JCS

3 19 71565

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | APPLICATION TO SEAL ARREST WARRANT AND AFFIDAVIT COMPLAINT AND [PROPOSED] ORDER |
| v. | |
| XUEHUA PENG, a/k/a EDWARD PENG, | |
| Defendant. | UNDER SEAL |

The United States respectfully requests that this Court enter the proposed Sealing Order set forth below, requiring that the Clerk of the Court file and maintain under seal the arrest warrant, the application for an arrest warrant, and supporting affidavit and attachments in this matter, as well as this Application to Seal Arrest Warrant Documents and Order.

As set forth in Federal Bureau of Investigation (FBI) Special Agent Spiro Fokas' Affidavit, filed in support of the complaint and arrest warrant submitted herewith, law enforcement agents are currently involved in an investigation of violations of criminal statute(s) identified in the Special Agent Fokas' Affidavit. Disclosure of the information contained in this affidavit as well as the warrant and complaint could jeopardize the ongoing investigation and could lead to the destruction of evidence or flight of witnesses. Given ongoing investigation and witness interviews, the government respectfully requests that these documents only be unsealed after further order of the Court. Nothing in this order shall

prevent the government from providing a copy of said documents to members of law enforcement and the United States Attorney's office or leaving a copy of the Arrest Warrant at the premises.

Accordingly, the United States respectfully requests that the Application for an Arrest Warrant and the Affidavit Complaint, and accompanying attachments, and this Application to Seal Warrant Documents and Order, be sealed until further order of the Court.

Date: September 24, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____
COLIN SAMPSON
Assistant United States Attorney

## SEALING ORDER

Based upon the above Application, and for good cause appearing, the COURT HEREBY ORDERS that the clerk of the Court shall file and maintain under seal, until further order of the Court, the accompanying Arrest Warrant, Affidavit, and with accompanying Attachments and Exhibits, and this Application to Seal and Order. Nothing in this order shall prevent the government from providing a copy of said documents to members of law enforcement, the United States Attorney's Office, or the defendant or his attorneys.

IT IS SO ORDERED.
Date: 9/24/19

_____
HON. JOSEPH C. SPERO
CHIEF UNITED STATES MAGISTRATE JUDGE