AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 951 – Acting as an Agent of a Foreign Government Without Notice to the Attorney General

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 18 U.S.C. § 951 – 10 years prison, $250,000 fine, 3 years supervised release, $100 assessment

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ XUEHUA PENG, a/k/a Edward Peng

DISTRICT COURT NUMBER: CR 19-0589 HSG

FILED NOV -6 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FBI (JUFB)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
3:19-71565-JCS

Name and Office of Person Furnishing Information on this form: DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): John H. Hemann, AUSA

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☒ No  If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED

NOV -6 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 19 0589 HSG |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 18 U.S.C. § 951 – Acting as an Agent of a Foreign Government Without Notice to the Attorney General |
| XUEHUA PENG, a/k/a Edward Peng, | ) |
| Defendant. | ) OAKLAND VENUE |

INFORMATION

The United States Attorney charges:

1. Defendant XUEHUA PENG, also known as Edward Peng, is a naturalized United States citizen.

2. PENG resided in Hayward, California, from at least 2014 until the present.

3. The Government of the People's Republic of China ("PRC") conducts intelligence activities using a variety of sources, including through its Ministry of State Security ("MSS").

4. The MSS is responsible for counterintelligence and foreign intelligence, as well as political security. Among other things, the MSS and its regional bureaus focus on identifying and influencing the foreign policy of other countries, including the United States of America.

5. The MSS and its bureaus seek to obtain information on political, economic, and security policies that might affect the PRC, along with military, scientific, and technical information of value to

INFORMATION                                                1

the PRC. The MSS and its bureaus are tasked with conducting clandestine and covert human source operations, of which the United States of America is a principal target.

6. MSS intelligence officers recruited and directed PENG to act as an agent on their behalf in the United States. They directed him to courier information from dead drop locations in the United States to the PRC, which PENG did on at least four occasions beginning in June 2015.

7. The information PENG couriered was classified information related to the national security of the United States. PENG knew at all times that he was being directed by agents of the Chinese government.

8. At no time was PENG a duly accredited diplomatic or consular officer or attaché.

9. At no time did PENG notify the Attorney General that he would and did act in the United States as an agent of a foreign government or instrumentality.

COUNT ONE: (18 U.S.C. § 951 – Acting as an Agent of a Foreign Government Without Notice to the Attorney General)

10. Paragraphs 1 through 9 are realleged as if fully set forth herein.

11. From on or about June 13, 2015, and continuing until on or about July 2, 2018, in the Northern District of California and elsewhere, the defendant,

XUEHUA PENG, a/k/a Edward Peng,

did knowingly act in the United States as an agent of a foreign government, to wit, the government of the People's Republic of China and officials of the PRC Ministry of State Security, without notifying the Attorney General as required by law.

All in violation of Title 18, United States Code, Section 951.

DATED: 11/6/2019

DAVID L. ANDERSON
United States Attorney

JOHN H. HEMANN
BENJAMIN KINGSLEY
COLIN SAMPSON
Assistant United States Attorneys
NICHOLAS O. HUNTER
Trial Attorney, National Security Div

INFORMATION                                         2